■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* GREGORIO FERNANDEZ, Appellant.—Judgment, Supreme Court, Bronx County, rendered on July 30, 1973, convicting defendant, upon his plea of guilty, of the crime of manslaughter, first degree, and sentencing him to a term of from 4 to 12 years in prison, unanimously modified, in the exercise of discretion, to the extent of eliminating the minimum term from such sentence, and as so modified the judgment is affirmed. Upon review of the record and the probation report, and upon due consideration of all the circumstances herein, we conclude that the imposition of a minimum sentence pursuant to section 70.00 (subd. 3, par.

[b]) of the Penal Law was inappropriate and constituted an improvident exercise of discretion. Concur — Stevens, J. P., Murphy, Lane, Nunez and Yesawich, JJ.